UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION
_____

MARVIN DALE VANLIEW,

       Petitioner,                    Case No. 2:16-cv-283

v.                                     Honorable Paul L. Maloney

MITCH PERRY,

       Respondent.
_____/

## **JUDGMENT**

In accordance with the Order entered this day:

**IT IS ORDERED** that the petition for writ of habeas corpus is **DISMISSED WITHOUT PREJUDICE** for want of prosecution.


Dated:  February 20, 2019                    /s/ Paul L. Maloney
                                                        Paul L. Maloney
                                                        United States District Judge